**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

DIONNE YOUNCE and KENNETH
W. GREENE,

    Plaintiffs,

v.                                                  Case No. 3:22-cv-931-TJC-PDB

CITY OF JACKSONVILLE, a
Florida municipal corporation,

    Defendant.

## O R D E R

This case comes before the Court on Plaintiffs Dionne Yonce and Kenneth W. Green's Motion for Preliminary Injunction filed on August 26, 2022. (Doc. 2). It is hereby

**ORDERED:**

1. No later than **September 7, 2022**, Plaintiffs shall file a proposed Order pursuant to Local Rule 6.02. Plaintiffs shall also email a copy of the proposed Order in Word format to chambers_flmd_corrigan@flmd.uscourts.gov.

2. No later than **September 14, 2022**, Defendant shall file a response to the Motion for Preliminary Injunction.

3. The Court has reserved **September 22, 2022, at 10:00 A.M.** for a non-evidentiary **IN-PERSON HEARING** on the matter before the

undersigned in the United States Courthouse, Courtroom 10D, 300 North Hogan Street, Jacksonville, Florida.[1] The Court may rule on the motion prior to the hearing date; but, unless otherwise ordered, counsel should plan to attend the hearing.

**DONE AND ORDERED** in Jacksonville, Florida the 31st day of August, 2022.



TIMOTHY J. CORRIGAN
United States District Judge

rmv
Copies:

Counsel of record

---

[1] All persons entering the Courthouse must present photo identification to Court Security Officers. Although cell phones, laptop computers, and similar electronic devices generally are not permitted in the building, attorneys may bring those items with them to the extent permitted by Local Rule 7.02. The parties are also advised to consult the Court's current coronavirus protocols, which are posted on the Court's website, www.flmd.uscourts.gov.