# EXHIBIT A

## 16000349CFMA - STATE OF FLORIDA vs. YOUNCE, DIONNE MARIE

### SUMMARY

| | | |
|---|---|---|
| **Judge:** SMITH, R. LEE | **Court Type:** Criminal Felony | **Case Type:** |
| **Case Number:** 16000349CFMA | **Uniform Case Number:** 552016CF000349XXAXMX | **Status:** CLOSED |
| **Clerk File Date:** 2/26/2016 | **Status Date:** 8/9/2021 | **Waive Speedy Trial:** |
| **Total Fees Due:** 0.00 | **Custody Location:** NOT IN CUSTODY | **Agency:** ST JOHNS COUNTY SHERIFFS OFFICE |
| **Agency Report Number:** 16OFF000725 | | |

### PARTIES

| TYPE | PARTY NAME | ATTORNEY |
|---|---|---|
| DEFENDANT | YOUNCE, DIONNE MARIE | |
| PLAINTIFF | STATE OF FLORIDA | |

### CHARGES

| COUNT | DESCRIPTION | LEVEL | DEGREE | PLEA | DISPOSITION | DISPOSITION DATE |
|---|---|---|---|---|---|---|
| 1 | UNLAWFUL SEXUAL ACTIVITY WITH A MINOR (794.05 1) | F | S | NOLO-CONTENDERE | ADJUDICATED GUILTY | |
| 2 | UNLAWFUL SEXUAL ACTIVITY WITH A MINOR (794.05 1) | F | S | | NOLLE PROSSED | |

### EVENTS

| DATE | EVENT | JUDGE | LOCATION | RESULT | EVENT NOTE |
|---|---|---|---|---|---|
| 8/9/2021 1:30 PM | FELONY HEARING | SMITH, R. LEE | Courtroom 328 | COMPLETED | |
| 6/10/2020 1:30 PM | FELONY HEARING | MALTZ, HOWARD M. | Courtroom 328 | COMPLETED | |
| 4/20/2020 1:30 PM | FELONY HEARING | MALTZ, HOWARD M. | Courtroom 328 | RESET | |
| 3/17/2020 1:30 PM | FELONY HEARING | MALTZ, HOWARD M. | Courtroom 328 | RESET | |
| 2/4/2019 9:00 AM | FELONY VOP ARRAIGNMENT | MALTZ, HOWARD M. | Courtroom 328 | COMPLETED | |
| 9/19/2017 1:30 PM | FELONY HEARING | MALTZ, HOWARD M. | Courtroom 328 | COMPLETED | |
| 9/19/2017 9:00 AM | FELONY HEARING | MALTZ, HOWARD M. | Courtroom 328 | RESET | |
| 9/12/2017 9:00 AM | FELONY HEARING | MALTZ, HOWARD M. | Courtroom 328 | JUDGE RESET | |
| 9/8/2016 8:15 AM | FELONY PLEA & SENTENCE | TRAYNOR, J MICHAEL | Courtroom 316 | SENTENCED | |
| 8/2/2016 1:30 PM | FELONY PRETRIAL | TRAYNOR, J MICHAEL | Courtroom 316 | CONTINUED | |
| 5/12/2016 1:30 PM | FELONY PRETRIAL | TRAYNOR, J MICHAEL | Courtroom 316 | CONTINUED | |
| 4/4/2016 1:30 PM | FELONY ARRAIGNMENT | TRAYNOR, J MICHAEL | Courtroom 316 | CONTINUED | |

### CASE DOCKETS

| IMAGE | DIN | DATE | ENTRY |
|---|---|---|---|
| | 166 | 8/9/2021 | REOPENED CASE CLOSED |
| | 165 | 8/9/2021 | PROBATION TERMINATED 08/09/2021 |
| Request | 164 | 8/9/2021 | HEARING NOTES |
| | 163 | 7/19/2021 | FELONY HEARING SET FOR 08/09/2021 AT 1:30 PM IN 328/ , JDG: SMITH, R. LEE |
| Request | 162 | 7/19/2021 | ORDER SCHEDULING HEARING |
| 2 | 161 | 6/25/2021 | MOTION FOR EARLY TERMINATION OF PROBATION |
| | 160 | 10/26/2020 | JUDGE SMITH, R. LEE: ASSIGNED |
| 1 | 159 | 6/10/2020 | HEARING NOTES |
| | 158 | 6/10/2020 | PROSECUTOR: EMERT, REBECCA ASSIGNED |
| Request | 157 | 4/7/2020 | AMENDED NOTICE EMAILED TO ATTORNEY (DEFENDANT) |
| Request | 156 | 4/7/2020 | NOTICE MAILED TO DEFENDANT |
| | 155 | 4/7/2020 | FELONY HEARING SET FOR 06/10/2020 AT 1:30 PM IN 328/ , JDG: MALTZ, HOWARD M. |
| Request | 154 | 4/7/2020 | EMAIL FROM JUDGE'S OFFICE TO RESET ALL CASES SET ON 4/20 @130PM TO 5/6 @130PM |

| IMAGE | DIN | DATE | ENTRY |
|---|---|---|---|
| Request | 153 | 3/16/2020 | AMENDED NOTICE MAILED TO ATTORNEY (DEFENDANT) |
| Request | 152 | 3/16/2020 | AMENDED NOTICE MAILED TO DEFENDANT |
| | 151 | 3/16/2020 | FELONY HEARING SET FOR 04/20/2020 AT 1:30 PM IN 328/ , JDG: MALTZ, HOWARD M. |
| Request | 150 | 3/16/2020 | EMAIL FROM JUDGE'S OFFICE/RESET 4/20 @1:30PM |
| | 149 | 2/12/2020 | FELONY HEARING SET FOR 03/17/2020 AT 1:30 PM IN 328/ , JDG: MALTZ, HOWARD M. |
| 2 | 148 | 2/12/2020 | ORDER SCHEDULING HEARING |
| | 145 | 2/10/2020 | CASE REOPENED FOR OTHER |
| | 144 | 2/10/2020 | DEFENSE ATTORNEY: SHOEMAKER, TERRY JON ASSIGNED |
| 1 | 147 | 2/7/2020 | NOTICE OF CONFIDENTIAL INFORMATION WITHIN COURT FILING |
| 25 | 146 | 2/7/2020 | MOTION FOR EARLY TERMINATION OF PROBATION |
| | 142 | 9/17/2019 | PROSECUTOR: OFFICE, STATE ATTORNEY'S ASSIGNED |
| | 143 | 9/16/2019 | REOPENED CASE CLOSED |
| 2 | 141 | 9/16/2019 | ORDER GRANTING DEFENDANT'S MOTION FOR TRAVEL PERMISSION |
| | 140 | 9/16/2019 | CASE REOPENED FOR OTHER |
| 1 | 139 | 9/16/2019 | EMAIL FROM DEFENDANT |
| | 138 | 6/14/2019 | REOPENED CASE CLOSED |
| 3 | 137 | 6/13/2019 | ORDER GRANTING DEFENDANT'S MOTION FOR TRAVEL PERMISSION |
| 1 | 136 | 6/13/2019 | EMAIL FROM DEFENDANT |
| | 135 | 6/13/2019 | CASE REOPENED FOR OTHER |
| | 134 | 4/23/2019 | REOPENED CASE CLOSED |
| 2 | 133 | 4/23/2019 | ORDER MODIFYING PROBATION |
| | 131 | 4/22/2019 | CASE REOPENED FOR OTHER |
| 3 | 132 | 4/19/2019 | MOTION TO MODIFY PROBATION |
| 2 | 130 | 2/11/2019 | ORDER OF MODIFICATION OF SEX OFFENDER PROBATION (NUNC PRO TUNC 02/04/2019) |
| Request | 129 | 2/8/2019 | PAYMENT $100.00 RECEIPT #2019004837 |
| | 124 | 2/5/2019 | COMPLIANCE CREATED : PAY FNE REQUIRED BY: 09/08/2022 |
| | 127 | 2/4/2019 | CASE# 16000349CFMA - SENTENCED: IMPOSED: 9/8/2016 EFFECTIVE DATE: 2/4/2019 - - |
| | 125 | 2/4/2019 | CF VOP PROSEC ASSESSED $100.00 DUE ON 9/8/2022 |
| | 123 | 2/4/2019 | REOPENED CASE CLOSED |
| 4 | 122 | 2/4/2019 | ADMISSION OF VIOLATION OF PROBATION/COMMUNITY CONTROL |
| | 121 | 2/4/2019 | =MOTION TO SET BOND-WITHDRAWN BY ATTORNEY IN COURTROOM ON THE RECORD |
| | 120 | 2/4/2019 | =ARRN/VOP ADMITTED/PROBATION REINSTATED/MODIFIED WITH SPECIAL CONDITION 30 DAYS COUNTY JAIL W/25 DAYS CREDIT AND NEW PSYCHOSEXUAL EVALUATION/ADDITIONAL COP $100 |
| | 119 | 2/4/2019 | PROSECUTOR: RICH, BENJAMIN JOSEPH ASSIGNED |
| | 118 | 2/4/2019 | DEFENSE ATTORNEY: SHOEMAKER, TERRY JON ASSIGNED |
| 1 | 117 | 1/31/2019 | NOTICE EMAILED TO ATTORNEY (DEFENDANT) |
| 1 | 116 | 1/31/2019 | NOTICE OF APPEARANCE |
| 3 | 115 | 1/17/2019 | MOTION TO SET BOND |
| | 109 | 1/16/2019 | CASE REOPENED FOR VIOLATION OF PROBATION |
| | 113 | 1/16/2019 | NOTICE NOT MAILED - DEFT IN JAIL ON NO BOND |
| | 112 | 1/16/2019 | FELONY VOP ARRAIGNMENT SET FOR 02/04/2019 AT 9:00 AM IN 328/ , JDG: MALTZ, HOWARD M. |
| 1 | 114 | 1/16/2019 | FIRST APPEARANCE FORM |
| 4 | 110 | 1/16/2019 | WARRANT FOR ARREST EXECUTED ON 1/11/2019 BY ST JOHNS COUNTY SHERIFFS OFFICE |
| | 111 | 1/11/2019 | REARRESTED ON 01/11/2019: OBTS # 5504018057 |
| 1 | 108 | 1/9/2019 | EMAIL FROM SJSO - HOLD PLACED - DEFT IN CUSTODY |
| | 106 | 12/26/2018 | WARRANT FOR ARREST STATUS SET TO SENT TO SHERIFF ON 12/26/2018 |
| 1 | 105 | 12/21/2018 | AFFIDAVIT OF VIOLATION OF SEX OFFENDER PROBATION |
| 4 | 104 | 12/21/2018 | VIOLATION REPORT |
| 2 | 107 | 12/20/2018 | WARRANT FOR ARREST ISSUED FOR VIOLATION OF PROBATION |
| | 103 | 12/10/2018 | REOPENED CASE CLOSED |
| 3 | 102 | 12/8/2018 | ORDER GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF SEX OFFENDER PROBATION |
| 2 | 101 | 12/5/2018 | EMAIL FROM DEFENDANT |
| 1 | 100 | 12/3/2018 | EMAIL FROM DEFENDANT |
| 2 | 99 | 11/14/2018 | EMAIL FROM DEFENDANT |
| | 98 | 8/8/2018 | CASE REOPENED FOR OTHER |
| 1 | 97 | 8/8/2018 | LETTER FROM DEFENDANT |
| | 96 | 5/17/2018 | REOPENED CASE CLOSED |
| 3 | 95 | 5/17/2018 | ORDER GRANTING DEFENDANT'S MOTION FOR TRAVEL PERMISSION |
| | 94 | 5/9/2018 | CASE REOPENED FOR OTHER |

| IMAGE | DIN | DATE | ENTRY |
|---|---|---|---|
| 📄 2 | 93 | 5/9/2018 | EMAIL FROM DEFENDANT |
| Request | 92 | 4/16/2018 | PAYMENT $31.84 RECEIPT #2018012781 |
| Request | 91 | 3/20/2018 | PAYMENT $140.31 RECEIPT #2018009555 |
| Request | 90 | 2/15/2018 | PAYMENT $140.31 RECEIPT #2018005163 |
|  | 89 | 1/26/2018 | REOPENED CASE CLOSED |
| 📄 3 | 88 | 1/26/2018 | ORDER GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF SEX OFFENDER PROBATION |
| 📄 2 | 87 | 1/22/2018 | MOTION TO MODIFY CONDITION OF SEX OFFENDER PROBATION |
| 📄 2 | 86 | 1/22/2018 | MOTION TO MODIFY CONDITION OF SEX OFFENDER PROBATION |
|  | 85 | 1/22/2018 | CASE REOPENED FOR OTHER |
| Request | 83 | 1/16/2018 | PAYMENT $92.23 RECEIPT #2018001661 |
| Request | 82 | 12/22/2017 | PAYMENT $140.31 RECEIPT #2017042109 |
| Request | 81 | 11/20/2017 | PAYMENT $121.27 RECEIPT #2017038348 |
| Request | 80 | 10/18/2017 | PAYMENT $18.90 RECEIPT #2017034806 |
| 📄 2 | 79 | 9/29/2017 | RETURN MAIL (DEFT NOTICE TO APPEAR) |
| Request | 78 | 9/25/2017 | PAYMENT $19.16 RECEIPT #2017032106 |
|  | 77 | 9/19/2017 | REOPENED CASE CLOSED |
|  | 76 | 9/19/2017 | =MOTION WITHDRAWN BY DEFENSE ON THE RECORD WITH DEFENDANT |
| Request | 75 | 9/18/2017 | PAYMENT $8.87 RECEIPT #2017031418 |
| 📄 3 | 74 | 9/7/2017 | EMAIL FROM JA |
|  | 73 | 9/7/2017 | FELONY HEARING SET FOR 09/19/2017 AT 1:30 PM IN 328/ , JDG: MALTZ, HOWARD M. |
| 📄 2 | 72 | 9/7/2017 | EMAIL FROM JA |
|  | 71 | 9/7/2017 | FELONY HEARING SET FOR 09/19/2017 AT 9:00 AM IN 328/ , JDG: MALTZ, HOWARD M. |
| 📄 2 | 70 | 8/16/2017 | PAYMENT $106.80 RECEIPT #2017028102 |
| 📄 2 | 69 | 7/28/2017 | RETURN MAIL (DEFTS NOTICE TO APPEAR) |
| 📄 1 | 68 | 7/26/2017 | NOTICE MAILED TO DEFENDANT |
|  | 67 | 7/26/2017 | FELONY HEARING SET FOR 09/12/2017 AT 9:00 AM IN 328/ , JDG: MALTZ, HOWARD M. |
| 📄 3 | 66 | 7/25/2017 | ORDER SCHEDULING HEARING (09/12/2017 @9AM) |
| 📄 2 | 65 | 7/25/2017 | DEFENDANT'S MOTION TO MODIFY CURFEW CONDITION OF SEX OFFENDER PROBATION |
| 📄 1 | 64 | 7/24/2017 | LETTER TO JUDGE MALTZ FROM DEFT |
|  | 63 | 7/24/2017 | CASE REOPENED FOR OTHER |
|  | 62 | 12/30/2016 | JUDGE MALTZ, HOWARD M.: ASSIGNED |
| 📄 2 | 61 | 9/26/2016 | BOOKING SHEET |
| 📄 2 | 60 | 9/8/2016 | JUDGMENT/ORDER SENT TO RECORDING - Recorded (OR.4252.1995 / 2016058796) |
|  | 128 | 9/8/2016 | CASE# 16000349CFMA - SENTENCED: IMPOSED: 9/8/2016 EFFECTIVE DATE: 2/4/2019 |
|  | 126 | 9/8/2016 | CASE# 16000349CFMA - SENTENCED: IMPOSED: 9/8/2016 EFFECTIVE DATE: 9/8/2016 - MAX CONF - CNTY JAIL FOR 394 DAYS - CHRG 001 CREDIT FOR TIME SERVED - 27 DAYS - CHRG 001 - |
| 📄 2 | 59 | 9/8/2016 | JUDGMENT/ORDER SENT TO RECORDING |
|  | 58 | 9/8/2016 | CASE CLOSED |
|  | 57 | 9/8/2016 | SURETY BOND PSE100461 - RELEASED 09/08/2016 |
|  | 56 | 9/8/2016 | SURETY BOND PSE100460 - RELEASED 09/08/2016 |
|  | 55 | 9/8/2016 | FELONY RAPE CRISIS TRUST FUND ASSESSED $151.00 DUE ON 9/8/2022 |
|  | 54 | 9/8/2016 | CERTAIN CRIMES/MINORS ASSESSED $151.00 DUE ON 9/8/2022 |
|  | 53 | 9/8/2016 | CF COURT COSTS ONLY ASSESSED $418.00 DUE ON 9/8/2022 |
|  | 52 | 9/8/2016 | CF COST OF PROSEC STATE ASSESSED $100.00 DUE ON 9/8/2022 |
|  | 51 | 9/8/2016 | COMPLIANCE CREATED : PAY FNE REQUIRED BY: 09/08/2022 |
|  | 50 | 9/8/2016 | COMPLIANCE CREATED : PAY FNE REQUIRED BY: 09/08/2022 |
|  | 49 | 9/8/2016 | COMPLIANCE CREATED : PAY FNE REQUIRED BY: 09/08/2022 |
|  | 48 | 9/8/2016 | COMPLIANCE CREATED : PAY FNE REQUIRED BY: 09/08/2022 |
|  | 47 | 9/8/2016 | SENTENCING JUDGE: TRAYNOR, J MICHAEL |
|  | 46 | 9/8/2016 | CASE# 16000349CFMA - SENTENCED: IMPOSED: 9/8/2016 EFFECTIVE DATE: 9/8/2016 |
|  | 45 | 9/8/2016 | CASE# 16000349CFMA - SENTENCED: IMPOSED: 9/8/2016 EFFECTIVE DATE: 9/8/2016 - MAX CONF - CNTY JAIL FOR 364 DAYS - CHRG 001 CREDIT FOR TIME SERVED - 2 DAYS - CHRG 001 PROBATION - REPORTING () - FOR 60 MONTHS - CHRG 001 SENTENCE PROVISION - OTHR CRT RESTRICTION - CHRG 001 SENTENCE PROVISION - SENTENCING GUIDLINES - CHRG 001 - |
|  | 44 | 9/8/2016 | ADJUDICATED GUILTY SEQ: 1 |
|  | 43 | 9/8/2016 | DEFENDANT ENTERED PLEA OF NOLO-CONTENDERE SEQ 1 |
|  | 42 | 9/8/2016 | NOLLE PROSSED SEQ: 2 SAME - (794.05 1) UNLAWFUL SEXUAL ACTIVITY WITH A MINOR |
| 📄 3 | 41 | 9/8/2016 | SENTENCING GUIDELINES SCORESHEET |
| 📄 11 | 40 | 9/8/2016 | ORDER OF SEX OFFENDER PROBATION (JUDGE TRAYNOR) |

| IMAGE | DIN | DATE | ENTRY |
|---|---|---|---|
| 1 | 39 | 9/8/2016 | FELONY PLEA SENTENCE |
| 2 | 38 | 8/3/2016 | NOTICE EMAILED TO BOND DEPOSITOR |
| 1 | 37 | 8/2/2016 | ACKNOWLEDGMENT FILED |
|  | 36 | 8/2/2016 | FELONY PLEA & SENTENCE SET FOR 09/08/2016 AT 8:15 AM IN 316/ , JDG: TRAYNOR, J MICHAEL |
| Request | 35 | 5/13/2016 | NOTICE MAILED TO BOND DEPOSITOR |
|  | 34 | 5/12/2016 | WAIVER OF RIGHT TO SPEEDY TRIAL |
| Request | 33 | 5/12/2016 | ACKNOWLEDGMENT FILED |
|  | 32 | 5/12/2016 | FELONY PRETRIAL SET FOR 08/02/2016 AT 1:30 PM IN 316/ , JDG: TRAYNOR, J. MICHAEL |
| Request | 31 | 5/6/2016 | NOTICE OF COMPLIANCE WITH RULE 3.113, FLORIDA RULES OF CRIMINAL PROCEDURE |
| 4 | 30 | 4/11/2016 | STATES DISCOVERY EXHIBIT/WITNESS LIST AND DEMAND FOR RECIPROCAL DISCLOSURE |
|  | 29 | 4/11/2016 | PROSECUTOR: FEREBEE, CHRIS ASSIGNED |
| Request | 28 | 4/5/2016 | NOTICE EMAILED TO BOND DEPOSITOR |
| 1 | 27 | 4/4/2016 | ACKNOWLEDGMENT FILED |
|  | 26 | 4/4/2016 | FELONY PRETRIAL SET FOR 05/12/2016 AT 1:30 PM IN 316/ , JDG: TRAYNOR, J. MICHAEL |
| 2 | 25 | 3/11/2016 | NOTICE EMAILED TO BOND DEPOSITOR |
| 2 | 24 | 3/11/2016 | NOTICE EMAILED TO ATTORNEY (DEFENDANT) |
| 1 | 23 | 3/11/2016 | NOTICE MAILED TO DEFENDANT |
|  | 22 | 3/11/2016 | FELONY ARRAIGNMENT SET FOR 04/04/2016 AT 1:30 PM IN 316/ , JDG: TRAYNOR, J. MICHAEL |
| 1 | 21 | 3/11/2016 | INFORMATION |
|  | 20 | 3/11/2016 | FILED SEQ: 2 SAME - (794.05 1) UNLAWFUL SEXUAL ACTIVITY WITH A MINOR |
|  | 19 | 3/11/2016 | FILED SEQ: 1 SAME - (794.05 1) UNLAWFUL SEXUAL ACTIVITY WITH A MINOR |
| 1 | 18 | 3/1/2016 | NOTICE OF DISCOVERY |
| 1 | 17 | 3/1/2016 | NOTICE OF APPEARANCE |
|  | 84 | 3/1/2016 | DEFENSE ATTORNEY: FORBESS, RAYMOND EDWARD SR ASSIGNED |
|  | 16 | 3/1/2016 | DEFENSE ATTORNEY: FORBESS, RAYMOND EDWARD JR ASSIGNED |
| 2 | 15 | 2/29/2016 | SURETY BOND PSE100461 POSTED $100,000.00 ISSUED - 02/26/2016 - UNLAWFUL SEXUAL ACTIVITY WITH A MINOR |
| 2 | 14 | 2/29/2016 | SURETY BOND PSE100460 POSTED $100,000.00 ISSUED - 02/26/2016 - UNLAWFUL SEXUAL ACTIVITY WITH A MINOR |
| 3 | 13 | 2/26/2016 | PRE-TRIAL RELEASE / NO CONTACT ORDER |
| 1 | 12 | 2/26/2016 | FIRST APPEARANCE FORM (DEFT TO HIRE PRIVATE ATTORNEY) |
| 7 | 11 | 2/26/2016 | OFFENSE REPORT |
| 3 | 8 | 2/26/2016 | WARRANT FOR ARREST EXECUTED ON 2/25/2016 BY ST JOHNS COUNTY SHERIFFS OFFICE |
| 1 | 7 | 2/26/2016 | WARRANT FOR ARREST ISSUED FOR SWORN COMPLAINT FILED |
| 3 | 5 | 2/26/2016 | SWORN COMPLAINT (FORMERLY PI 16-17) |
|  | 2 | 2/26/2016 | JUDGE TRAYNOR, J. MICHAEL: ASSIGNED |
|  | 1 | 2/26/2016 | CASE FILED 02/26/2016 CASE NUMBER 16000349CFMA |
|  | 10 | 2/25/2016 | ARREST COUNT: 2 - (794.05 1) UNLAWFUL SEXUAL ACTIVITY WITH A MINOR |
|  | 9 | 2/25/2016 | ARREST COUNT: 1 - (794.05 1) UNLAWFUL SEXUAL ACTIVITY WITH A MINOR |
|  | 6 | 2/25/2016 | WARRANT FOR ARREST STATUS SET TO SENT TO SHERIFF ON 02/25/2016 |
|  | 4 | 2/25/2016 | SWORN COMPLAINT COUNT: 1 - (794.05 1) UNLAWFUL SEXUAL ACTIVITY WITH A MINOR |
|  | 3 | 2/25/2016 | SWORN COMPLAINT COUNT: 2 - (794.05 1) UNLAWFUL SEXUAL ACTIVITY WITH A MINOR |

## Case 16-2004-CF-008111-AXXX-MA

| | | | |
|---|---|---|---|
| Agency | JSO | Department | Felony |
| Division | CR-B | Case Status | CLOSED |
| SAO Number | 04CF069499AD | Offense Date | 5/27/2004 |
| File Date | 6/25/2004 | Incident Number | 2004-0000000 |
| Officer | | State Attorney | Correction Required - SIEGEL, STEPHEN |

### Parties

| Name / DOB / DL / ID # | Party Type Race / Sex | Address |
|---|---|---|
| KENNETH WAYNE GREENE DOB: 11/22/1947 Offender: 2004-023260 JSO ID: 631559 | DEFENDANT W / M | 8861 BROOKSHIRE COURT JACKSONVILLE, FL322570000 |

### Attorneys

| Attorney | Address | For Parties |
|---|---|---|
| Correction Required - SIEGEL, STEPHEN State Attorney | State Attorney's Office Jacksonville, FL | |
| Siegel, Stephen Wayne State Attorney (897086) | State Attorney's Office Jacksonville, FL | |

### Charges

Initial | Prosecutor | Court

| Count | Statute # | Statute Description w/Qualifier | | | |
|---|---|---|---|---|---|
| | Plea | Status | Level | Action | Minimum Fine |
| 1 | S827.071(5) | POSSESSION OF PHOTOGRAPHS-SEXUAL PERFORMANCE BY CHILD | | | |
| | GUILTY | SAME | F3 | ADJUDICATION WITHHELD | --- |

### Fees

| Date | Description | Assessed | Paid | Balance |
|---|---|---|---|---|
| 10/19/2004 | HISTORICAL CRIMINAL FEE | $338.00 | $338.00 | $0.00 |

### Court Events

| Date | Time | Type | Location | Courtroom | Cancelled |
|---|---|---|---|---|---|
| 6/30/2004 | 9:00 AM | ARRAIGNMENT DATE | 330 E BAY ST (CIRCUIT) | 5 | |
| 7/8/2004 | 9:00 AM | PASSED FOR PRETRIAL | 330 E BAY ST (CIRCUIT) | 5 | |
| 8/5/2004 | 9:00 AM | DISPOSITION | 330 E BAY ST (CIRCUIT) | 5 | |
| 8/26/2004 | 9:00 AM | PASSED FOR PRETRIAL | 330 E BAY ST (CIRCUIT) | 5 | |
| 9/16/2004 | 9:00 AM | PASSED FOR PRETRIAL | 330 E BAY ST (CIRCUIT) | 5 | |
| 10/12/2004 | 9:00 AM | DISPOSITION | 330 E BAY ST (CIRCUIT) | 5 | |
| 10/19/2004 | 9:00 AM | PASSED FOR PRETRIAL | 330 E BAY ST (CIRCUIT) | 5 | |
| 8/15/2006 | 9:00 AM | PASSED FOR HEARING ON MOTION | 330 E BAY ST (CIRCUIT) | 5 | |

### Dockets

| Line / Document | Count | Effective Entered | Description | Pages | Image |
|---|---|---|---|---|---|
| 1 | -- | 6/9/2004 6/25/2004 | BOND - AMOUNT A AABLE CONTINENTAL BAIL BONDS, COMPANY 30003.00 | | |
| 2 | -- | 6/9/2004 6/25/2004 | ARREST & BOOKING REPORT 040232605 | | |

| Line / Document | Count | Effective Entered | Description | Pages | Image |
|---|---|---|---|---|---|
| 3 | -- | 6/11/2004 8/2/2004 | NOTICE OF REPRESENTATION | | |
| 4 | -- | 6/11/2004 8/2/2004 | WRITTEN PLEA OF NOT GUILTY | | |
| 5 | -- | 6/11/2004 8/2/2004 | WAIVER OF APPEARANCE FOR | | |
| 6 | -- | 6/11/2004 8/2/2004 | ARRAIGNMENT | | |
| 7 | -- | 6/25/2004 6/25/2004 | INFO FILED FOR POSS.PHOT./CHILD | | |
| 8 | -- | 6/25/2004 6/25/2004 | BOND SET AT 30003.00 | | |
| 9 | -- | 6/25/2004 6/25/2004 | AFFIDAVIT FOR ARREST WARRANT/ARREST WARRANT | | |
| 10 | -- | 6/25/2004 6/25/2004 | ARRAIGNMENT DATE 06/30/2004 5 09:00 00 | | |
| 11 | -- | 6/30/2004 7/1/2004 | ASST. STATE ATTY. HEAVENER, MAC | | |
| 12 | -- | 6/30/2004 7/1/2004 | ATTY. FOR DEF. R. SHAFER | | |
| 13 | -- | 6/30/2004 7/1/2004 | DEF. NOT PRESENT | | |
| 14 | -- | 6/30/2004 7/1/2004 | DEF. W/READING OF INFO & PLEAD NG | | |
| 15 | -- | 6/30/2004 7/1/2004 | DEMAND FOR RECIPROCAL DISCOVERY | | |
| 16 | -- | 6/30/2004 7/1/2004 | AND STATE'S DISCOVERY EXHIBIT | | |
| 17 | -- | 6/30/2004 7/1/2004 | PASSED FOR PRETRIAL 07/08/2004 5 09:00 00 | | |
| 18 | -- | 7/8/2004 7/9/2004 | ASST. STATE ATTY. HEAVENER, MAC | | |
| 19 | -- | 7/8/2004 7/9/2004 | ATTY. FOR DEF. R. SHAFER | | |
| 20 | -- | 7/8/2004 7/9/2004 | DEF. NOT PRESENT | | |
| 21 | -- | 7/8/2004 7/9/2004 | DISPOSITION 08/05/2004 5 09:00 00 | | |
| 22 | -- | 8/5/2004 8/6/2004 | ASST. STATE ATTY. HEAVENER, MAC | | |
| 23 | -- | 8/5/2004 8/6/2004 | ATTY. FOR DEF. R. SHAFER | | |
| 24 | -- | 8/5/2004 8/6/2004 | DEF. NOT PRESENT | | |
| 25 | -- | 8/5/2004 8/6/2004 | PASSED FOR PRETRIAL 08/26/2004 5 09:00 00 | | |
| 26 | -- | 8/26/2004 8/27/2004 | ASST. STATE ATTY. HEAVENER, MAC | | |
| 27 | -- | 8/26/2004 8/27/2004 | ATTY. FOR DEF. R. SHAFER | | |
| 28 | -- | 8/26/2004 8/27/2004 | DEF. NOT PRESENT | | |
| 29 | -- | 8/26/2004 8/27/2004 | PASSED FOR PRETRIAL 09/16/2004 5 09:00 00 | | |
| 30 | -- | 9/16/2004 9/17/2004 | ASST. STATE ATTY. HEAVENER, MAC | | |
| 31 | -- | 9/16/2004 9/17/2004 | ATTY. FOR DEF. R. SHAFER | | |
| 32 | -- | 9/16/2004 9/17/2004 | DEF. NOT PRESENT | | |
| 33 | -- | 9/16/2004 9/17/2004 | DISPOSITION 10/12/2004 5 09:00 00 | | |

| Line / Document | Count | Effective / Entered | Description | Pages | Image |
|---|---|---|---|---|---|
| 34 | -- | 10/12/2004 / 10/13/2004 | ASST. STATE ATTY. HEAVENER, MAC | | |
| 35 | -- | 10/12/2004 / 10/13/2004 | ATTY. FOR DEF. R. SHAFER | | |
| 36 | -- | 10/12/2004 / 10/13/2004 | DEF. PRESENT | | |
| 37 | -- | 10/12/2004 / 10/13/2004 | PASSED FOR PRETRIAL 10/19/2004 S 09:00 00 | | |
| 38 | -- | 10/19/2004 / 10/20/2004 | ASST. STATE ATTY. HEAVENER, MAC | | |
| 39 | -- | 10/19/2004 / 10/20/2004 | ATTY. FOR DEF. R. SHAFER | | |
| 40 | -- | 10/19/2004 / 10/20/2004 | DEF. PRESENT | | |
| 41 | -- | 10/19/2004 / 10/20/2004 | DEF. PERMITTED TO W/D PLEA OF NOT GUILTY AND PLEA GUILTY | | |
| 42 | -- | 10/19/2004 / 10/20/2004 | ACKNOWLEDGE. OF RIGHTS & VOLUNTARINESS OF ENTRY OF PLEA | | |
| 43 | -- | 10/19/2004 / 10/20/2004 | W/H ADJ. OF GUILT, SENT. SUSP. PLACED ON PROB. FOR 5 YEARS | | |
| 44 | -- | 10/19/2004 / 10/20/2004 | WITH SPECIAL CONDITIONS: | | |
| 45 | -- | 10/19/2004 / 10/20/2004 | PSYCHOSEXUAL COUNSELING. NO | | |
| 46 | -- | 10/19/2004 / 10/20/2004 | UNSUPERVISED CONTACT WITH | | |
| 47 | -- | 10/19/2004 / 10/20/2004 | CHILDREN UNDER 18 YEARS-EXCEPT | | |
| 48 | -- | 10/19/2004 / 10/20/2004 | OWN GRANDCHILDREN. NO | | |
| 49 | -- | 10/19/2004 / 10/20/2004 | EMPLOYMENT WHERE CHILDREN | | |
| 50 | -- | 10/19/2004 / 10/20/2004 | CONGREGATE. SUBMIT 2 SPECIMENS | | |
| 51 | -- | 10/19/2004 / 10/20/2004 | BLOOD TO DNA BANK. MANDATORY | | |
| 52 | -- | 10/19/2004 / 10/20/2004 | CURFEW. PAY COURT COSTS. | | |
| 53 | -- | 10/19/2004 / 10/20/2004 | L E E A IMPOSED 3.00 | | |
| 54 | -- | 10/19/2004 / 10/20/2004 | F/M COSTS IMPOSED 50.00 | | |
| 55 | -- | 10/19/2004 / 10/20/2004 | LGTF IMPOSED 200.00 | | |
| 56 | -- | 10/19/2004 / 10/20/2004 | AACC IMPOSED 65.00 | | |
| 57 | -- | 10/19/2004 / 10/20/2004 | CSTF IMPOSED 20.00 | | |
| 58 | -- | 10/19/2004 / 10/20/2004 | SENTENCING GUIDELINES | | |
| 59 | -- | 10/28/2004 / 10/28/2004 | ORDER W/H ADJ. OF GUILT & PLACING DEF. ON PROBATION | | |
| 60 | -- | 12/15/2004 / 12/15/2004 | DEF. PAID TOTAL OF 140.00, RECEIPT# CF0002-00004116 | | |
| 61 | -- | 12/15/2004 / 12/15/2004 | PAYMENT LGTF PAID 140.00 | | |
| 62 | -- | 1/19/2005 / 1/19/2005 | DEF. PAID TOTAL OF 70.00, RECEIPT# CF0002-00004753 | | |
| 63 | -- | 1/19/2005 / 1/19/2005 | PAYMENT LGTF PAID 60.00 | | |
| 64 | -- | 1/19/2005 / 1/19/2005 | PAYMENT F/M COSTS PAID 10.00 | | |

| Line / Document | Count | Effective / Entered | Description | Pages | Image |
|---|---|---|---|---|---|
| 65 | -- | 2/16/2005 / 2/16/2005 | DEF. PAID TOTAL OF 69.62, RECEIPT# CF0002-00005510N | | |
| 66 | -- | 2/16/2005 / 2/16/2005 | PAYMENT F/M COSTS PAID 40.00 | | |
| 67 | -- | 2/16/2005 / 2/16/2005 | PAYMENT L E E A PAID 3.00 | | |
| 68 | -- | 2/16/2005 / 2/16/2005 | PAYMENT CSTF PAID 20.00 | | |
| 69 | -- | 2/16/2005 / 2/16/2005 | PAYMENT AACC PAID 6.62 | | |
| 70 | -- | 3/10/2005 / 3/10/2005 | DEF. PAID TOTAL OF 58.38, RECEIPT# CF0002-00006015 | | |
| 71 | -- | 3/10/2005 / 3/10/2005 | PAYMENT AACC PAID 58.38 | | |
| 72 | -- | 7/17/2006 / 7/18/2006 | MOTION TO TERMINATE PROBATION | | |
| 73 | -- | 8/3/2006 / 8/3/2006 | PASSED FOR HEARING ON MOTION 08/15/2006 5 09:00 00 | | |
| 74 | -- | 8/3/2006 / 8/3/2006 | PER SHARON | | |
| 75 | -- | 8/15/2006 / 8/15/2006 | ASST. STATE ATTY. POOLE, ASHLEY | | |
| 76 | -- | 8/15/2006 / 8/15/2006 | ATTY. FOR DEF. R. SHAFER | | |
| 77 | -- | 8/15/2006 / 8/15/2006 | DEF. PRESENT | | |
| 78 | -- | 8/15/2006 / 8/15/2006 | DEFENSE MOTION TO TERMINATE | | |
| 79 | -- | 8/15/2006 / 8/15/2006 | PROBATION - UNDER ADVISEMENT | | |
| 80 | -- | 8/15/2006 / 8/15/2006 | JUDGE HAS FILE FROM COURT | | |
| 81 | -- | 8/22/2006 / 8/23/2006 | ORDER OF MODICATION OF PROBATION | | |