# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

DIONNE YOUNCE and KENNETH
W. GREENE

v.                                              CASE NO. 3:22-cv-931-TJC-PDB

CITY OF JACKSONVILLE

| Counsel for Plaintiff: | Counsel for Defendant: |
|---|---|
| Raymond Taseff | Craig Feiser |
|  | Laura Boeckman |

## HONORABLE TIMOTHY J. CORRIGAN
## UNITED STATES DISTRICT JUDGE

Courtroom Deputy: Kerri Hatfield        Court Reporter: Shannon Bishop

## CLERK'S MINUTES

**PROCEEDINGS OF HEARING:** Motion Hearing regarding plaintiffs' Motion for Preliminary Injunction (Doc. 2).

Order to enter.

Joint case management report due no later than 10/31/2022.

Defendant's answer to be filed no later than 10/31/2022.

DATE: September 22, 2022                TIME: 10:00 a.m. – 11:43 a.m.