**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

DIONNE YOUNCE and KENNETH
W. GREENE,

    Plaintiffs,

v.　　　　　　　　　　　　　　　　　　Case No. 3:22-cv-931-TJC-PDB

CITY OF JACKSONVILLE, a
Florida municipal corporation,

    Defendant.

### O R D E R

This case is before the Court on Plaintiffs Dionne Younce and Kenneth W. Greene's Motion for Preliminary Injunction (Doc. 2). Defendant City of Jacksonville has responded (Doc. 11) and Plaintiffs have replied. (Doc. 14). The Court held a hearing on Plaintiffs' Motion on September 22, 2022, the record of which is incorporated by reference.

For the reasons stated on the record during the hearing, it is hereby

**ORDERED:**

1)    Plaintiffs' Motion for Preliminary Injunction (Doc. 2) is **DENIED**.

2)    Defendant shall answer the Complaint (Doc. 1) no later than **October 31, 2022**.

3) No later than **October 31, 2022**, the parties shall jointly file a Case Management Report, consistent with Local Rule 3.02, also indicating whether the parties wish to engage in mediation with a private mediator or a settlement conference.

**DONE AND ORDERED** in Jacksonville, Florida the 27th day of September, 2022.



TIMOTHY J. CORRIGAN
United States District Judge

rmv
Copies to:
Counsel of record