UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DIONNE YOUNCE and
KENNETH W. GREENE,

    Plaintiffs,

v.                                     Case No. 3:22-cv-931-TJC-PDB

CITY OF JACKSONVILLE,

    Defendant.

## O R D E R

Based upon the parties' Case Management Report requesting an early settlement conference before United States Magistrate Judge Patricia D. Barksdale (Doc. 19), it is hereby

**ORDERED:**

1. This case is referred to the Honorable Patricia D. Barksdale, United States Magistrate Judge, with her consent, to conduct a settlement conference. The parties should confer to agree on available dates and then contact Judge Barksdale's chambers at (904) 549-1950 to schedule the settlement conference.

2. The parties are urged to take full advantage of this opportunity to amicably resolve the issues herein.

**DONE AND ORDERED** in Jacksonville, Florida this 4th day of November, 2022.



TIMOTHY J. CORRIGAN
United States District Judge

kh.
Copies:

Honorable Patricia D. Barksdale
United States Magistrate Judge

Counsel of Record

2