United States District Court
Middle District of Florida
Jacksonville Division

**DIONNE YOUNCE
& KENNETH W. GREENE,**

    *Plaintiffs,*

v.                                              **NO. 3:22-cv-931-TJC-PDB**

**CITY OF JACKSONVILLE,**

    *Defendant.*

___

## Order Scheduling Settlement Conference

The undersigned will conduct a settlement conference on **January 11, 2023, at 10:00 a.m.**, at the Bryan Simpson United States Courthouse, in Courtroom 5B (5th floor), 300 North Hogan Street, Jacksonville, Florida, 32202. Counsel and party representatives with full settlement authority must attend. Unexcused absence or departure from the settlement conference is sanctionable.

No later than **January 6, 2023**, each party must submit to the undersigned a confidential letter setting forth, at a minimum, the key issue or issues that remain, the minimum and maximum amounts of damages, the last rejected offer (if any), and the name and title of each party representative. The letters are for the undersigned's benefit only, and the undersigned will not disclose their content. The parties should send them directly to chambers by email (chambers_flmd_barksdale@flmd.uscourts.gov) or facsimile ((904) 549-1957) without providing a copy to opposing counsel. The undersigned will destroy them after the settlement conference regardless of whether the parties

settle. After receiving the letters but before the settlement conference, the undersigned might contact counsel individually to discuss the contents.

The substance of the settlement conference is confidential. No party, lawyer, or other participant is bound by, may record, or without the Court's approval may disclose any event, including any statement confirming or denying a fact — except settlement — that occurs during the settlement conference.

**Ordered** in Jacksonville, Florida, on November 10, 2022.

PATRICIA D. BARKSDALE
*United States Magistrate Judge*