UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DIONNE YOUNCE and
KENNETH W. GREENE,

    Plaintiffs,

v.                                      CASE NO.: 3:22-cv-931-TJC-PDB

CITY OF JACKSONVILLE, a
Florida municipal corporation,

    Defendant.
_____/

## THIRD JOINT STATUS REPORT

Plaintiffs, Dionne Younce and Kenneth W. Greene, and Defendant, City of Jacksonville, submit this third status report pursuant to the Court's Order of April 27, 2023. (Doc. 30)

On May 9, 2023, the City achieved final passage of the relevant ordinance amendments, implementing the revisions required by the settlement agreement.

The parties have also reached an agreement on the amount of attorneys' fees to be paid to resolve this case. The City will pay the agreed upon amount to Plaintiffs' counsel by June 15, 2023, after which the parties will file a Joint Stipulation of Dismissal with Prejudice.

Dated: May 16, 2023

Respectfully submitted,

/s/ *Dante P. Trevisani*
Dante P. Trevisani
Florida Bar No. 72912
dtrevisani@floridajusticeinstitute.org
Ray Taseff
Florida Bar No. 352500
rtaseff@floridajusticeinstitute.org
Florida Justice Institute, Inc.
PO Box 370747
Miami, Florida 33131-2309
305-358-2081
305-358-0910 (Fax)
*Counsel for Plaintiffs*

**OFFICE OF GENERAL COUNSEL**

*/s/ Craig D. Feiser*
**CRAIG D. FEISER**
Assistant General Counsel
Florida Bar No. 164593
CFeiser@coj.net; BOsburn@coj.net
**LAURA J. BOECKMAN**
Assistant General Counsel
Florida Bar No.: 527750
LBoeckman@coj.net; SStevison@coj.net
117 West Duval Street, Suite 480
Jacksonville, Florida 32202
(904) 255-5100 (Telephone)
(904) 255-5120 (Facsimile)
*Counsel for Defendant*

2